THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK HART, Alias J. W. CHASE, Alias JACK REFFKIN, Alias JOHN REFKIN, v. THE WARDEN OF THE TOMBS PRISON.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WILLIAM SPIVAK against JOHN H. DELANEY, Chairman, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

REBECCA HANDLER v. DANIEL HANDLER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FREDERICK L. THOMPSON v. HORACE J. BROOKES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. 235 WEST 46TH STREET CO., INC. JOSEPH A. GAVAGAN, Receiver.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD STREEP, Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOHN MINK, Respondent, v. MARC EIDLITZ & SON, INC., Appellant, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GORDON S. P. KLEEBERG, Appellant, v. JOSEPH N. SIPSER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JAMES J. PHELAN COMPANY, Appellant, v. AMERICAN TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAX DONNER, Respondent, v. ISIDORE S. HANDELSMAN, Defendant, Impleaded with JACOB SLATKIN, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, Appellant, v. WILLIAM B. STEINHARDT, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

THE HERMANN STURSBERG REALTY COMPANY, Respondent, v. HENRY A. HOVET, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

COLFAX TRADING CORPORATION, Appellant, v. JULES CATSIFF, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

OTTO MUNK, Respondent, v. PACKARD WESTCHESTER CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

*Affd., 264 N. Y. 666.